### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| **Plaintiff,** | |
| **v.** | Case No. 25-20102-DDC-TJJ |
| LAWRENCE PAYNE, | |
| **Defendant.** | |

### MOTION TO UNSEAL INDICTMENT

The United States of America, by and through undersigned counsel, requests the Court for an order unsealing this Indictment.

WHEREFORE, the United States respectfully requests that this Indictment be unsealed.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

*/s/ D. Christopher Oakley*
D. CHRISTOPHER OAKLEY
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, KS 66101
Ph. 913-551-6730
Fax 913-551-3541
Chris.Oakley@usdoj.gov
Ks S.Ct.No. 19248

s/ *Michelle McFarlane*
Michelle McFarlane
Assistant United States Attorney
500 State Ave., Suite 360
Kansas City, KS   66101
Tele:   913-551-6904
Fax:    913-551-6541
Michelle.McFarlane@usdoj.gov
Ks S.Ct.No. 26824

## CERTIFICATE OF SERVICE

I certify that on May 18, 2026, I provided this Motion via email to the clerk of the court for filing and uploading to the CM/ECF system, which will issue a Notice of Electronic Filing.

s/ *Michelle McFarlane*
Michelle McFarlane
Assistant United States Attorney

*/s/ D. Christopher Oakley*
D. CHRISTOPHER OAKLEY
Assistant United States Attorney